# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

10 DEC 15 AM 8:58

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ELIECER LOPEZ-ORTEGA (1),<br><br>                Defendant. | CASE NO. 10CR4627-DMS<br><br>BY:  DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__x__  of the offense(s) on the Information of: 8:1324(a)(1)(A)(i) and (v)(II) - Bringing in Illegal Aliens and Aiding and Abetting

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/14/10

LOUISA S PORTER
UNITED STATES MAGISTRATE JUDGE

      ENTERED ON _____